Mario Aieta (MA-2228)
David Donahue (DD-5808)
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GETTY IMAGES (US), INC.,

                    Plaintiff,

        -against-

ACT TELECOM, INC., ACENA GROUP, INC., and
ANDREW CHRISTODOULIDES,

                    Defendants.

06 Civ. (        )

COMPLAINT FOR
COMPENSATORY,
STATUTORY AND OTHER
DAMAGES AND INJUNCTIVE
RELIEF

1.  Getty Images (US), Inc. ("Getty Images"), is a New York corporation with its principal place of business at 601 North 34th Street, Seattle, Washington.

2.  Defendant Acena Group, Inc. ("Acena"), is a New York corporation with a place of business at 1111 Marcus Avenue, Lake Success, New York.

3.  Defendant Act Telecom, Inc. ("Act Telecom"), is a New York corporation that, upon information and belief, at all times relevant to this complaint maintained a place of business at 42-26 162nd Street, Flushing, New York.

4.  Defendant Andrew Christodoulides ("Christodoulides") is an individual and is the chief executive officer of defendants Acena and Act Telecom. Upon information and belief, Defendant Christodoulides resides in New York and may be found in this District.

## JURISDICTION AND VENUE

5.  This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338 (copyright) in that this case involves claims brought under federal copyright law, 17 U.S.C. § 101 et seq.

6.  Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1400(a) because all of the defendants may be found in this District.

## FACTS

7.  Plaintiff Getty Images is one of the world's leading content providers, supplying high-quality, relevant imagery and related services to advertising agencies, graphic design firms, and film and broadcasting companies, to editorial customers involved in newspaper, magazine, book, CD-ROM and online publishing, and to corporate marketing departments and other business customers.  Getty Images generates revenue from licensing rights to use imagery and from providing related services. Revenue is principally derived from a large number of relatively small transactions involving licensing rights to use still images, film clips or CDs containing multiple images.

8.  Most of the images in the creative collections of Getty Images are obtained from independent photographers and filmmakers on an exclusive basis.  Professional photographers and filmmakers prefer to retain ownership of their work. As a result, copyright to an image remains with the contributing photographer or filmmaker in most cases, subject to an exclusive license to Getty Images.

9.  Getty Images was the first company to license imagery via the Internet and today delivers virtually all of its visual content digitally.  Getty Images' web site,

gettyimages.com, serves an average of 6.5 million visits and 3.5 million unique users in addition to an average of 167 million page views each month.  Visitors to the web site can search through and view hundreds of thousands of images and obtain licenses from Getty Images for those images.

10. Defendant Acena owns and operates a web site at www.acena.com. According to the web page found at http://www.acena.com/aboutus/, defendant Acena "is one of the nation's premier providers of outsourced Inbound Call Center & Answering Service solutions" that "help[s] some of the best-known companies in the world communicate more effectively."

11. According to the web page found at http://acena.com/aboutus/thecompany, Acena operates four "business units" under the names OptimumCall, TeamContact, medicall solutions, and 1-Call.

12. Upon information and belief, Acena owns or is a successor-in-interest to defendant Act Telecom.

13. Upon information and belief, defendants Acena, Act Telecom, and Christodoulides operated web sites at the following addresses:  www.acena.com, www.acttelecom.com, www.optimumcall.com, www.teamcontact.com, www.medicallsolutions.com, and www.1-call.net (collectively referred to herein as "the Acena web sites").

14. Upon information and belief, defendants Acena, Act Telecom, and Christodoulides obtained copies of thirty images exclusively licensed to Getty Images and incorporated those images into the Acena web sites.  Defendants' use of the thirty

images was unauthorized and violated the rights of Getty Images and of the authors of those images.

15. One of the images copied by defendants into the Acena web sites is an image identified by Getty Images as Image No. 10189776, which was registered with the United States Copyright Office effective October 9, 2001, as part of a work entitled "Unpublished Stock Collection #1," Registration Number VAu-530-597.

16. One of the images copied by defendants into the Acena web sites is an image identified by Getty Images as Image No. AA010029, which was registered with the United States Copyright Office effective January 16, 2001, as part of a work entitled "Work Day," Registration Number VA 1-058-724.

17. One of the images copied by defendants into the Acena web sites is an image identified by Getty Images as Image No. 992652-002, which is registered with the United States Copyright Office effective November 26, 2004, as part of a work entitled "O'Clair 008/published stock images 1995: Group registration of 108 published photos," Registration Number VA-1-304-333.

18. One of the images copied by defendants into the Acena web sites is an image identified by Getty Images as Image No. ca28599, which is registered with United States Copyright Office effective December 26, 2001, as part of a work entitled "Compilation of Photographs by Gary Buss #1," Registration Number VAu-546-987.

19. One of the images copied by defendants into the Acena web sites is an image identified by Getty Images as Image No. AA044016, which is registered with United States Copyright Office effective April 10, 2002, as part of a work entitled "Photodisc Business Trip," Registration Number VA 1-132-637.

20. Copies of the Certificates of Registration for Image Nos. 10189776, AA010029, 992652-002, ca28599, and AA044016 are attached hereto as Exhibit A. Upon information and belief, each of these images was original with its respective author.

21. Defendants also copied into the Acena web sites twenty-five other images exclusively licensed to Getty Images without authorization or license.

22. Attached hereto as Exhibit B are screen shots of the Acena web site found at www.acttelecom.com showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

23. Attached hereto as Exhibit C are screen shots of the Acena web site found at www.1-call.net showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

24. Attached hereto as Exhibit D are screen shots of the Acena web site found at www.medicallsolutions.com showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

25. Attached hereto as Exhibit E are screen shots of the Acena web site found at www.optimumcall.com showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

26. Attached hereto as Exhibit F are screen shots of the Acena web site found at www.teamcontact.com showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

27. Attached hereto as Exhibit G are screen shots of the Acena web site found at www.acena.com showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

28. Defendants reproduced, distributed and displayed to the public each of the images identified in paragraphs 15 through 19 above knowing that they were not authorized to use those images in the Acena web sites.

29. The defendants' unauthorized use of copyright protected images has caused Getty Images to suffer damages.

CAUSE OF ACTION --- COPYRIGHT INFRINGEMENT

30. Plaintiff Getty Images incorporates paragraphs 1 through 29 above, as though fully set forth herein.

31. Getty Images is the exclusive licensee of the images identified in paragraphs 15 through 19 above. Those images have validly registered copyrights, as evidenced by the copyright registration certificates contained in Exhibit A.

32. Defendants reproduced, distributed and displayed those images to the public without authorization of Getty Images.

33. The actions and conduct by defendant as described above infringe upon the exclusive rights granted to Getty Images under 17 U.S.C. § 106 to display, reproduce, distribute, and prepare derivative works based on those registered copyrighted works.

34. Defendants' actions and conduct constitute copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 501.

35. The copyright infringements alleged herein were committed willfully.

36. As a result of the copyright infringement described above, plaintiff Getty Images is entitled to relief including, but not limited to, injunctive relief, actual or statutory damages, statutory costs and attorneys' fees, and pre-judgment interest.

WHEREFORE, plaintiff Getty Images prays for the following relief:

A. For an award of defendant's profits and for damages in such amount as may be found, or for statutory damages of not less than $750 or more than $30,000 per image pursuant to 17 U.S.C. § 504(c)(1); for an award of statutory damages of up to $150,000 upon a finding of willful infringement pursuant to 17 U.S.C. § 504(c)(2); for an order permanently enjoining defendants from infringing plaintiff's copyrighted images pursuant to 17 U.S.C. § 502; and for an award of costs and attorneys' fees pursuant to 17 U.S.C. § 505;

B. For prejudgment interest on the amount of the award to plaintiff; and

C. For such other and further relief as the Court deems just and proper.

Dated: New York, New York
November 1 , 2006

Fross Zelnick Lehrman & Zissu, P.C.

by _____
   Mario Aieta (MA-2228)
   David Donahue (DD-5508)
866 United Nations Plaza
New York, New York 10017
(212) 813-5900

Attorneys for Plaintiff

Exhibit A

RECYCLED



# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

 

**FORM VA**
r a Work of the Visual Arts

VAu 546-987



EFFECTIVE DATE OF REGISTRATION

**DEC 2 6 2001**

Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

COMPILATION OF PHOTOGRAPHS BY GARY BUSS #1

NATURE OF THIS WORK ▼ See Instructions

PHOTOGRAPHS

PREVIOUS OR ALTERNATIVE TITLES ▼

2269-6043

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

GARY RICHARD BUSS

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼
1944

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☒ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

---

**3**

Year in Which Creation of This Work Was Completed
2001

Date and Nation of First Publication of This Particular Work
Month _____ Day _____ Year _____
                                                              Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

APOSTROPHE PRODUCTIONS INC.
714 SOUTH MAIN STREET
BLACKSBURG, VA 24060

APPLICATION RECEIVED
DEC 26 2001
ONE DEPOSIT RECEIVED
DEC 26 2001
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

TRANSFER OF ALL RIGHTS BY AUTHOR

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

Examined By _____

**OFFICIAL SEAL**

## SHORT FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

Reg. VAu 530-597

Effective Date of Registration
OCT 9 2001

Application Received
OCT 09 2001

Deposit Received
OCT 09 2001
One ___ Two ___

Fee Received

Correspondence

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

| | | |
|---|---|---|
| **Title of This Work:** | **1** | *Unpublished Stack Collection #1* |
| Alternative title or title of larger work in which this work was published: | | |
| **Name and Address of Author and Owner of the Copyright:** | **2** | Butch Martin<br>405 W. 23rd St. #4A<br>New York, NY 10011 USA |
| Nationality or domicile: Phone, fax, and email: | | Phone ( 212 ) 627 - 5535   Fax ( )<br>Email *butchmartin@rexspeed.com* |
| **Year of Creation:** | **3** | 2001 |
| **If work has been published. Date and Nation of Publication:** | **4** | a. Date _____ Month ____ Day ____ Year ____ (Month, day, and year all required)<br>b. Nation _____ |
| **Type of Authorship in This Work:** Check all that this author created. | **5** | ☐ 3-Dimensional sculpture   ☒ Photograph   ☐ Map<br>☐ 2-Dimensional artwork   ☐ Jewelry design   ☐ Text<br>☐ Technical drawing |
| **Signature:** Registration cannot be completed without a signature. | **6** | *I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:<br>☒ Author   ☐ Authorized agent<br>X _____ *Butch Martin* |
| **Name and Address of Person to Contact for Rights and Permissions:** Phone, fax, and email: | **7** | ☒ Check here if same as #2 above.<br>Phone ( )   Fax ( )<br>Email |

**OPTIONAL**

**8**
Certificate will be mailed in window envelope to this address:

Name ▼ *Butch Martin*
Number/Street/Apt ▼ *405 W. 23rd St. #4A*
City/State/Zip ▼ *New York, NY 10011*

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

**DO NOT WRITE HERE**   Page 1 of ___ pages

**9** Deposit Account # _____
Name _____

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999
⊕ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/54

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 11 of 60 PageID #: 11

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1-132-637

**APR 1 0 2002**
Month    Day    Year

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
PhotoDisc Bensiness Trip

**NATURE OF THIS WORK ▼** See instructions
DIGITAL PHOTOGRAPHY

**PREVIOUS OR ALTERNATIVE TITLES ▼**
V114

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**
**a**
**NAME OF AUTHOR ▼**
GETTY IMAGES, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☒ No
Pseudonymous?   ☐ Yes   ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☒ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
* DIGITAL IMAGES COMPRISING A COMPILATION OF PHOTOGRAPHS

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3**
**Year in Which Creation of This Work Was Completed** 2002
This information must be given ◀ Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ MARCH   Day ▶ 7   Year ▶ 2002   Nation ▶ USA

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GETTY IMAGES, INC.
601 N 34th ST
SEATTLE, WA 98103

APPLICATION RECEIVED
APR 10 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 10 2002

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

United States of America

VA 1-058-724

EFFECTIVE DATE OF REGISTRATION

JAN 16 2001
Month   Day   Year

ATE CONTINUATION SHEET.

**1** OFFICIAL TITLE OF THIS WORK ▼

WORK DAY

PREVIOUS OR ALTERNATIVE TITLES ▼

Volume series 73 , V73

NATURE OF THIS WORK ▼ See instructions

Digital Photography

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2** NAME OF AUTHOR ▼

a PhotoDisc , Inc.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
✗ Digital images comprising a compilation of Photograph

b NAME OF AUTHOR ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ▶
Domiciled in ▶

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3** a Year in Which Creation of This Work Was Completed
1999
◀ Year   This information must be given in all cases.

b Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ▶ OCT   Day ▶ 13   Year ▶ 1999
USA
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PhotoDisc, Inc.
701 North 34th Street, Ste. 400
Seattle, WA 98121

See instructions before completing this space.

Transfer If the claimant(s) named in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 16 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 16 2001
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

Certificate of Registration



This Certificate issued under the seal of the Copyright Office, in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1–304–333

| Month | Day | Year |
|---|---|---|
| 11 | 26 | 04 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
O'Clair 008/ Published Stock Images 1995

**NATURE OF THIS WORK ▼ See instructions**
Photography

**Previous or Alternative Titles ▼**
Group Registration of 108 Published Photos

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

## 2

**NAME OF AUTHOR ▼**
a  Dennis O'Clair

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1959

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  United States
       Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☑ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
       Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
1995
This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January   Day 3   Year 1995
December 4, 1995
United States          Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Dennis O'Clair
1492 Skunk Lane Cutchogue, N.Y. 11935

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED  FEB 2 2 2005
ONE DEPOSIT RECEIVED  NOV 2 6 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

Exhibit B



Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 15 of 60 PageID #: 15



Tomorrow is already here.
What are you waiting for?

Act Telecom  helps you get ahead... and stay there. We offer a comprehensive array of messaging services, emergency-dispatch, unified communications & follow me, CRM, eCRM and custom designed call center solutions on both local and national levels. Get a jump on the future... today with a FREE communications consultation from an Act Telecom Account Specialist.

Enter here with your Login ID and Password to access your Account

**Login ID:**

**Password:**

**LOGIN**

**Questions or Comments?**
Contact our sales on 800.258.0321 or email us at info@acttelecom.com

**Request a Call?**
Simply complete this online form and o ur friendly consultant will call you at the time you prefer.

**Chat with an Account Specialist?**
Coming Soon



ACT telecom
connecting you to the world

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved |

Products & Services :: ACT Telecom, Inc.



**act telecom**

| Products & Services | About Us | Contact Us | My Account |

products & services >>    Take a Product Tour

**People | Technology | Communication**

**Questions or Comments?**
Contact our sales on 800.268.0321
or email us at info@acttelecom.com

**Request a Call?**
Simply complete this online form and
o ur friendly consultant will call you at
the time you prefer.

**Chat with an Account Specialist?**
Coming Soon

Act Telecom, through its 4 operating divisions, offers a comprehensive array of communications & client services, meeting the needs of businesses ranging in size, from startup to Fortune 500 Enterprises, on both, local and national levels.

1 Call: a Service of Act Telecom can give you ONE phone number that can connect to your office, cellular phone, home, pager or voice mail box. In addition 1Call Unified Messaging provides a single "inbox" for multiple

Act Telecom's MediCall Solutions Group is your complete one-stop call center solution, providing health care professionals with a comprehensive array of integrated web and telephone based services accessed through a universal point-of-entry. From Telephone Answering Service with

Optimum Call offers 24 hour Live Answering, Messaging & Emergency Dispatching services to businesses ranging in size from start-up to the Fortune 1000.  Professional receptionists answer your phones in your name and

teamCONTACT delivers a broad range of integrated live agent & web based CRM services, including e-mail screening & response, live web chat, call back & collaboration, help desks, order taking, dealer locate?/span>



we connect you
to the world...

act telecom inc. >>    Please select one of our companies...     Go

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 17 of 60 PageID #: 17



## ▶ 1CALL

**Voice Mail**
Whether a business needs 1 mailbox or 100 mailboxes, Act Telecom will design a plan that molds into the clients current phone system. By being an outsourced solution for voicemail services, Act Telecom can keep our client up-to-date with the current technology including voicemail-to-email technology and multiple notification options. Since our business is based on providing quality service for the business environment, we are able to focus on our services and let our clients focus on their core competencies. Gone are the days of expensive equipment investments and troublesome implementation periods!

**Unified Messaging**
1Call Unified Messaging provides a single "inbox" for multiple message types. This service offers a Graphical User Interface (GUI), as well as a Telephony User Interface (TUI), for remote access to all message types over any Touch-tone mobile or landline telephone as well as any connected PC or PDA. Message types include voicemail, faxmail, and e-mail. The user will be able to access different message types from one universal entry point. Anytime! Anywhere!

With 1 Call Unified Messaging, you will experience:

        Simple one-step access to all of your message types
        Convenience for travelers with universal access
        Telephone access and message management
        Increased productivity

**Follow Me**
Follow me service can give you ONE phone number that can connect to your office, cellular phone, home, pager or voice mail box. By utilizing the Follow Me service, you can choose where that calls ring through to and be in control of your communications. You will know exactly who is calling before answering and always have the option of either answering the call or having it transferred to your Receptionist or Voice Mail Box.

Click here to visit the website www.1-call.net

<< back



Please select one of our companies... [Go]

Copyright ©2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 18 of 60 PageID #: 18



### MediCall

**Medical Call Center & Messaging**

MediCall is your complete one-stop call center solution, providing health care professionals with a comprehensive array of integrated web and telephone based services accessed through a universal point-of-entry. From Telephone Answering Service with Guaranteed Message Delivery to Physician Referral and Real Time Appointment Scheduling, MediCall continues to innovate and maintain our leadership position within the Medical Communication industry. In a nutshell, doctors and patients alike can be assured that all their needs will be met in a professional and efficient manner.

Click here to visit the website www.medicallsolutions.com

<< back



Please select one of our companies...                    Go

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER　Document 1　Filed 11/01/06　Page 19 of 60 PageID #: 19



### ▶ OptimumCall

**Answering Services**
Enables you to retain your professional image whether out of the office or engaged on the line. Calls diverted from your existing office number will be answered promptly in your company name by allocated receptionists acting on your instructions. Callers may be transferred to you or messages can be taken and delivered immediately based on your account protocol.

**Dispatching Services**
OptimumCall by Act Telecom understands that your customers expect quality service 24 hours a day, 7 days a week-Even when you are unavailable to provide them with it yourself. We have been handling the messaging and emergency dispatching needs for service businesses for more than 10 years. When you hire OptimumCall for your messaging and dispatching needs, your account will be assigned to the dedicated group actAgents-Experienced in your particular industry!! When your calls are answered by an actAgent, you can rest assured that the proper information is gathered from the caller in a professional & timely manner and, if warranted, promptly dispatched to your on-call staff. Messages can be delivered via phone, pager, e-mail, fax, PDA, etc.-The Choice is Yours!

**Voice Mail**
Whether a business needs 1 mailbox or 100 mailboxes, Act Telecom will design a plan that molds into the clients current phone system. By being an outsourced solution for voicemail services, Act Telecom can keep our client up-to-date with the current technology including voicemail-to-email technology and multiple notification options. Since our business is based on providing quality service for the business environment, we are able to focus on our services and let our clients focus on their core competencies. Gone are the days of expensive equipment investments and troublesome implementation periods!

Click here to visit the website: www.optimumcall.com

<< back



**act telecom inc. >>**　Please select one of our companies...　　　　　🖼 Go

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER Document 1 Filed 11/01/06 Page 20 of 60 PageID #: 20



**act telecom** | Products & Services | About Us | Contact Us | My Account

Take a Product Tour

Tomorrow is already here.
What are you waiting for?

### ▶ Act Telecom CRM / eCRM Services

Act Telecom, through its teamCONTACT division delivers a broad range of inbound & web based CRM services, including e-mail screening & response, live web chat & web call back, help desks, order taking, dealer locate and sales calls throughout North America. Our extended know-how of US markets and our integration of the latest technology, teamCONTACT can provide the leading solution for your business.

Our company strategy and our employee ethos is built on the assumption that maintaining good customer relations allied to proactive customer communications creates real value which delivers profits for today and growth for the future.

Our highly qualified staff and the latest technology places us as a market leader for customer service and related services, adding significant value to our customers

Integrated Voice Response
Our Interactive Voice Response allows your customers to access data by either speaking or pressing the appropriate buttons on their telephone. Additionally, our system is completely integrated with our Automated Call Distribution (ACD) system to seamlessly transfer information to a skilled actAGENT.

Typical customer interactions include dealer referrals, surveys, catalog requests, contests, fax-on-demand, lead generation, order status inquiries and order processing.

Click here to visit the website: www.teamcontact.com

<< back



people, technologies,
communications...

act telecom inc. >> | Please select one of our companies... | Go

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 21 of 60 PageID #: 21   Page 1 of 1



act telecom | Products & Services | About Us | Contact Us | My Account

about us >>

Take a Product Tour

Communication
No Dimensions

**About Us**

Act Telecom is the communications company for business in the 21st century. Serving virtually the entire continental United States, Act Telecom provides enterprises - small and global - with communications services that make doing business more efficient.

From traditional answering & messaging services, emergency-dispatch, unified communications & follow me, to an array of CRM, eCRM and custom designed call center solutions, on both local and national levels, Act Telecom services underpin the success of thousands of businesses throughout the nation.

Questions or Comments?
Contact our sales on 516.482.8666
or email us at sales@acttelecom.com

Company Information >>

Careers Opportunities >>

Reseller Programs >>

Company Culture
Corporate Values
Exceptional Quality
The Difference
Brief History



together
we make it happen...

act telecom inc. >>  Please select one of our companies...   Go

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue



## act telecom

| Products & Services | About Us | Contact Us | My Account |

careers >>

Take a Product Tour

Communication
No Dimensions

Questions or Comments?
Contact our sales on 516.482.8666
or email us at sales@acttelecom.com

Company Information >>

Careers Opportunities >>

Reseller Programs >>

**Looking for an Exciting Career?**
Are you looking for an exciting career with opportunity for
education and growth? Act Telecom provides a friendly and
energetic environment, quality benefits and comprehensive
training.

**Selecting the Right Professionals**
Act Telecom selectively recruits from leading candidates for
every level in each of its 4 operational divisions. We take pride
in our people and strongly believe that they are our most
important asset. Therefore, we invest in our professionals as
soon as they join the Act Telecom team. They learn valuable
skills from our extensive training & certification programs,
helping them to succeed and provide an unparalleled level of
service to our clients.

**How to Apply**
To apply for any of the below positions, or for future
consideration, send your resume to us. We look forward to
hearing from you!

Job Hotline: 800.258.0324
E-mail your resume to hr@acttelecom.com
Fax your resume to 800.258.1024
Apply Online Now >>

act telecom inc. >>    Please select one of our companies...    Go

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

act telecom   | Products & Services | About Us | Contact Us | My Account |

The Company
Cares &
Reseller Programs

resellers >>

Take a Product Tour

**Reseller Programs**

Partner Marketing Program >>

Solution Provider Program >>

Authorized Reseller Program >>

Company Information >>



People I Technology
Communication

## Solution Provider Program

Act Telecom's Solutions Provider Program is a quick, easy way to earn commissions by introducing or selling Act Telecom's high-quality communications services, including Unified Messaging (UC) and Follow Me service, Traditional Answering Services, CRM, eCRM & Medical Call Center Services to its, business partners, or other associates. This program is ideal for web developers, telecommunication service providers & resellers, wireless communication service providers and agents, master agents, industry associations and others.

Through the Solutions Provider Program, you can offer scalable, communications, messaging and client services. The program is tiered, so you can choose your level of participation.

How does this solutions provider program work?

Participation is easy and flexible. As a Solution Provider, you will be armed with the knowledge and products to install equipment, configure access, set up billing, maintenance, support, and drive the sale. Commission amounts vary depending on the products sold and your level of participation.

Set Your Own Pace

- ☑ Charter Level participants take a hands-on approach to selling Act Telecom services.
- ☑ Gold Level participants have higher revenue targets and additional benefits.
- ☑ Platinum Level participants can earn the most by meeting the highest requirements.

Aim for goals that best suit your business needs

You may start at any level. Many individuals who begin as Referral Participants however, find they prefer a more active role, moving into the higher tiers as sales increase. There are no limits on this program. The bottom line: You have the flexibility to determine your own level of participation.

How to sign up

To apply for this program today, please take the following steps:

- ☑ Review the PDF of Act Telecom's Levels/Commissions.
- ☑ Fill out Act Telecom's Online Pre-qualification form.

Once you submit the Pre-Qualification Form, it will be reviewed by our Sales team. If your business qualifies for our program, a Act Telecom Account Representative will contact you shortly.

Upon approval for Act Telecom's Alliance Sales and Programs, a completed Act Telecom Solution Provider Program Agreement, W-9 form, business license and Solution Provider Program Business Profile Application will be required to begin participation into the program.



act telecom

Products & Services | About Us | Contact Us | My Account

contact us >>

Communication
No Dimensions

**Questions or Comments?**
Contact our sales on 800.258.0321
or email us at info@acttelecom.com

**Request a Call?**
Simply complete this online form and
our friendly consultant will call you at
the time you prefer.

**Chat with an Account Specialist?**
Coming Soon

▷ **Telephone**
800.258.0321

▷ **Facsimile**
800.258.1024

▷ **Email**
- Sales Division
- Customer Service
- Billing Department
- Reseller Department
- Operations
- General Information
- Executive Offices

| Name | |
| Your Company | |
| City/Town | |
| Email | |
| Phone | (Area Code) - Phone No. |
| Company | Please select one... |
| Message | |

Submit >>   Reset



call us now,
we will get you connected...

act telecom inc. >>   Please select one of our companies...   Go

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 25 of 60 PageID #: 25



Questions or Comments?
Contact our sales on 800.258.0321
or email us at info@acttelecom.com

Request a Call?
Simply complete this online form and
o ur friendly consultant will call you at
the time you prefer.

Logon to your account

Comming soon

Chat with an Account Specialist?
Coming Soon



Please select one of our companies...   [Go]

Copyright (c) 2002 Act Telecom, Inc. | All rights reserved | Site developed by VeryVogue

Exhibit C

RECYCLED



Login: [        ]    Password: [        ]    **Go**

## act telecom

| Customer Care |
| Services |
| Industry Focus |
| About Us |
| Contact Us |









## Customer Care Center



### Find Act Answers

Search our extensive knowledge base for answers to common questions. Search by service, category, keywords or phrases.

### Ask A Question

Submit a question to our Technical Support, Sales, Billing or Operations teams who will reply to you by e-mail.

### Provide Feedback

Submit a suggestion on how we at Act Telecom could better serve our clients.

### Request Additional Services

Use this area to request additional services such as daily reports, web applications, scripted solutions, and more.

## act telecom

- Customer Care
- Services
- Industry Focus
- About Us
- Contact Us









# Services Center

### Call Answering Service



dfh loasodijf dsjfo djosfjada ;jjf ahfiuah ad fo jfoidsj foidjs fodsfoidsdosjfdshuif s fdsjf oidjs foidjf dlsa ldkfjdjsa;ljdsoi jdoijf dshfiusdhf s;l sf



### Medical Call Answering Service

dfh loasodijf dsjfo djosfjada ;jjf ahfiuah ad fo jfoidsj foidjs fodsfoidsdosjfdshuif s fdsjf oidjs foidjf dlsa ldkfjdjsa;ljdsoi jdoijf dshfiusdhf s;l sf

### Inbound Contact Center



dfh loasodijf dsjfo djosfjada ;jjf ahfiuah ad fo jfoidsj foidjs fodsfoidsdosjfdshuif s fdsjf oidjs foidjf dlsa ldkfjdjsa;ljdsoi jdoijf dshfiusdhf s;l sf

### Unified Messaging

dfh loasodijf dsjfo djosfjada ;jjf ahfiuah ad fo jfoidsj foidjs fodsfoidsdosjfdshuif s fdsjf oidjs foidjf dlsa ldkfjdjsa;ljdsoi jdoijf dshfiusdhf s;l sf

Exhibit D

RECYCLED

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 31 of 60 PageID #: 31

About Us

Services

Client Login

Contact Us



# Contact Us

▷ **Telephone**
**866.423.5104**

▷ **Email**

- ✉ Sales Division
- ✉ Customer Service
- ✉ Billing Department
- ✉ Reseller Department
- ✉ Operations
- ✉ General Information
- ✉ Executive Offices

▷ **Online Contact Form**

Your Name

Company

City/Town

Email

Phone               {Area Code) - Phone No.

Message

[ Submit >> ]   [ Reset ]

MediCall Solutions :: MediCallSolutions.com :: a ACT Telecom company

About Us

Services

Client Login

Contact Us

# Client Login



Comming soon !

Copyright© 2003 Medicallsolutions.com | an ACT Telecom company  | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 33 of 60 PageID #: 33

About Us

Services

Client Login

Contact Us

# Services



## 🖼 Services

MediCall is your complete one-stop call center solution, providing health care professionals with a comprehensive array of integrated web and telephone based services accessed through a universal point-of-entry. From Telephone Answering Service with Guaranteed Message Delivery to Physician Referral and Real Time Appointment Scheduling, MediCall continues to innovate and maintain its leadership position within the Medical Communication industry. Let MediCall support your organization through its comprehensive menu of Medical Communications services.

🖼 **eMD Account Management**

🖼 **Enhanced Service Solutions**

🖼 **Messaging Services**

act telecom inc.  >>   Please select one of our companies... 

Copyright© 2003 Medicallsolutions.com | an ACT Telecom company | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 34 of 60 PageID #: 34

About Us

Services

Client Login

Contact Us

# About Us

🔲 **Overview**

🔲 **History**

After a decade of operational experience in the industry, Act Telecom, our parent company, came to the realization that, because of the high priority of Health Related calls, specialized systems and procedures, staff training, and attention was required in order to exceed industry standards and client expectations. In February of 2000, Act Telecom began constructing MediCall, a service that would far surpass the limitations that Traditional Answering Service's had. After relentless efforts and continuous refinement, in March of 2001, Act Telecom approved the release of MediCall, a service that has been custom tailored to meet the demanding, complex and ever-changing needs of health related professionals. MediCall, an Act Telecom business division, is your complete one-stop call center solution, providing health care professionals with a comprehensive array of integrated web and telephone based services accessed through a universal point-of-entry. From Telephone Answering Service with Guaranteed Message Delivery to Physician Referral and Real Time Appointment Scheduling, MediCall continues to innovate and maintain its leadership position within the Medical Communication industry.



🔲 **Support Cast**

🔲 **Training**

🔲 **Difference**

🔲 **Career**

act telecom inc. >>    Please select one of our companies...

Copyright© 2003 Medicallsolutions.com | an ACT Telecom company | All rights reserved | Site developed by VeryVogue

Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 35 of 60 PageID #: 35

About Us

Services

Client Login

Contact Us

# MEDICALL



MEDICALL is your complete one-stop call center solution, providing health care professionals with a comprehensive array of integrated web and telephone based services accessed through a universal point-of-entry. From Telephone Answering Service with Guaranteed Message Delivery to Physician Referral and Real Time Appointment Scheduling, MediCall continues to innovate and maintain its leadership position within the Medical Communication industry. In a nutshell, doctors and patients alike can be assured that all their needs will be met in a professional and efficient manner.

Enter here with your
Login ID and Password to
access your Account

**Login ID:**

**Password:**

LOGIN

 Please select one of our companies... 

Copyright© 2003 Medicallsolutions.com | an ACT Telecom company | All rights reserved | Site developed by VeryVogue

http://www.medicallsolutions.com/index.php

11/15/2004

RECYCLED

Exhibit E

OptimumCall :: optimumcall.com
Case.1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 37 of 60 PageID #: 37
Page 1 of 1

## optimumCall

**Products & Services** | **About Us** | **Contact Us** | **My Account**

products & services >>

**SERVICE OFFERINGS**
- Live Answering Service
- Emergency Dispatching Service
- Account Management
- Service Enhancements

**OPTIMUMCALL ANSWERING SERVICE**
- Attorneys
- Cable / Satellite TV
- Computer Service
- Contractors
- Funeral
- Government
- Medical / HealthCare
- Property Management



People I Technology
Communication

**Questions or Comments?**
Contact our sales on 800.259.9676
or email us at info@acttelecom.com

### Live Answering Service

With OptimumCall's Live Answering service, every call is answered by a live agent, providing an enhanced personal touch for your customers. This service is especially important for businesses that want instant personal interaction on every call. Utilizing the most advanced computer-based applications in the industry, professional agents who represent your organization as if they worked in your office answer every call promptly, in your personalized answer phrase and are ready to address most issues immediately.

- **24 Hour Availability**

  OptimumCall is available 24 hours a day, 7 days a week to serve the needs of your customers. Even when you're not open, we are, and we're ready to serve the needs of your customers. We'll provide the additional security blanket you need and what your customers demand.

- **Live Agent Greeting**

  When we take your calls, we answer the line in your company name or your own personalized answer phrase.

- **Callers can be transferred to you immediately**

- **Call Screening**

- **Multiple Message Delivery Options**



together
we make it happen...

Copyright© 2003 OptimumCall.com | an ACT Telecom company | All rights reserved | Site developed by VeryVogue

http://www.optimumcall.com/services.php?aboutus_title=live                    11/15/2004

OptimumCall :: optimumcall.com



| optimumCall | Products & Services | About Us | Contact Us | My Account |

about us >>

**Communication No Dimensions**

Questions or Comments?
Contact our sales on 800.259.9676
or email us at Info@acttelecom.com

Company Information >>

Careers Opportunities >>

>> **Overview**

Act Telecom is the communications company for business in the 21st century. Serving virtually the entire continental United States, Act Telecom provides enterprises - small and global - with communications services that make doing business more efficient.

From traditional answering & messaging services, emergency-dispatch, unified communications & follow me, to an array of CRM, eCRM and custom designed call center solutions, on both local and national levels, Act Telecom services underpin the success of thousands of businesses throughout the nation.

>> **History**

>> **Exceptional Quality**

>> **Company Culture**

>> **Difference**

>> **Corporate Values**



**together**
we make it happen...

Copyright© 2003 OptimumCall.com | an ACT Telecom company  | All rights reserved | Site developed by VeryVogue

http://www.optimumcall.com/aboutus.php?aboutus_title=Overview

11/15/2004

OptimumCall :: optimumcall.com
Case 1:06-cv-05916-SLT-RER Document 1 Filed 11/01/06 Page 39 of 60 PageID #: 39
Page 1 of 1



**optimumCall** | Products & Services | About Us | Contact Us | My Account

my account >>

Logon to your account

Coming Soon

Tomorrow is already here.
What are you waiting for?

**Questions or Comments?**
Contact our sales on 800.259.9676
or email us at info@acttelecom.com



people, technologies,
communications...

Copyright© 2003 OptimumCall.com | an ACT Telecom company | All rights reserved | Site developed by VeryVogue

http://www.optimumcall.com/myaccount.html

11/15/2004





| optimumCall | Products & Services | About Us | Contact Us | My Account |

Day or night, when your customers call, it is essential that the person they speak with conveys the feeling that their needs are being addressed by a knowledgeable, concerned member of your staff. **OptimumCall** has been providing professional, personalized, competitively priced 24 hour messaging and enhanced call center services for more than 10 years.

**Tomorrow is already here. What are you waiting for?**

OptimumCall Specializes in:

| | | |
|---|---|---|
| ☒ Contractors | ☒ Property Management |
| ☒ Computer Service | ☒ Medical / HealthCare |
| ☒ Government | ☒ Attorneys |
| ☒ Funeral | ☒ Cable / Satellite TV |

**Questions or Comments?**
Contact our sales on 800.259.9676
or email us at info@acttelecom.com

Enter here with your
Login ID and Password to
access your Account

**Login ID:**

**Password:**

**► LOGIN**



optimum call
perfection...

Copyright© 2003 OptimumCall.com | an ACT Telecom company | All rights reserved | Site developed by VeryVogue

http://www.optimumcall.com/index.php

11/15/2004

Exhibit F





Copyright@ 2003 teamContact.com | an ACT Telecom company | All rights reserved | Site developed by Very Vogue



RECYCLED

Exhibit G

ACENA.COM - Provider of outsourced customer contact solutions (customer service)



Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us

## ABOUT US

Acena is one of the nation's premier providers of outsourced customer contact solutions with a proven track record of success for companies ranging in size from start-up to today's top fortune 1000 companies.

By combining state-of-the-art technology, rigorous training and solid practices, and over 10 years of successful experience in the call center and answering service industries, Acena's solutions underpin the success of thousands of businesses across North America and abroad.

**Read more**

ACCOUNT LOGIN

username:

password:                     GO

The Company
Careers
Reseller Programs
Print Materials

### PRESS RELEASES

**Acena Expands its US operations**
LAKE SUCCESS, NY - Acena Group, Inc. has completed the renovation of its first of...

**Acena Goes Global**
Acena Group, Inc. has begun development of its Philippine based call center which is expected...

**Acena announces that Tony SanPietro Joins Company as Manager of Human Resources**
With over 19 years HR experience, Mr. SanPietro joins Acena as the Manager of Human...

**More Press Releases**

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.

SITE DESIGNED BY





Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us

## SERVICES

# Remote Receptionist

Live Telephone Answering Service | Remote Receptionist | Emergency Dispatching Services | Voice Mail Services





OptimumCall's Remote Receptionist becomes your off-site communications partner. Our skilled and dedicated agents act as your company's receptionist, answering calls in your company name or in your own personalized answer phrase, then following your custom designed call-script to capture all pertinent information from your callers while maintaining a professional image for your organization. Upon gathering the necessary information, callers can be transferred to the person the caller wishes to speak to, or to whoever is most qualified to take the call, based upon what it is regarding.

Since each situation is unique, we offer different Remote Receptionist Service variables to address the specific needs of each organization.

For additional information on our Remote Receptionist Services, contact Acena today or click here to visit Optimum **Call**'s website

**Provider of Outsourced Customer Contact Solutions**

* **Answering Services**
  - Emergency Dispatching
  - Remote Receptionist
  - Live Answering Service
  - Voice Mail Services
* **Medical Call Answering**
* **Inbound Call Center**
* **Unified Communications**

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.



 **Acena Group**

**Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us**

## SERVICES

# Voice Mail Services

Live Telephone Answering Service | Remote Receptionist | Emergency Dispatching Services | Voice Mail Services



 Whether a business needs 1 or 100 mailboxes, OptimumCall will design a plan that molds into the clients current phone system. By being an outsourced solution for voicemail services, OptimumCall can keep our client up-to-date with the current technology including voicemail-to-email technology and multiple notification options. Since our business is based on providing quality service for the business environment, we are able to focus on our services and let our clients focus on their core competencies. Gone are the days of expensive equipment investments and troublesome implementation periods!

**Provider of Outsourced Customer Contact Solutions**

- **Answering Services**
  - Emergency Dispatching
  - Remote Receptionist
  - Live Answering Service
  - Voice Mail Services
- **Medical Call Answering**
- **Inbound Call Center**
- **Unified Communications**

OptimumCall's Voice-Mail Solutions act as a counterpart of our Telephone Answering Services. Callers can be transferred to single voice mail box, or one of many voice mail boxes, by one of our professional Answering Service agents, depending upon your account protocol. Furthermore, you can give caller the option to "zero-out" of voice-mail, to an Answering Service agent at any time.

Since each situation is unique, we offer different Voice-Mail Service variables to address the specific needs of each organization.

For additional information on our Voice-Mail Services, contact Acena today or click here to visit OptimumCall's website.

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.

 SITE DESIGNED BY

 Acena Group

**Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us**

## SERVICES
# Medical Enhanced

As an addition to our suite of medical messaging applications, medicall **solutions** offers a comprehensive array of Enhanced Call Center Solutions that have been designed to help Health Related Organizations slash telephone/operator time, boost accuracy of patient communications, reduce costs, and tap new sources of revenue.





Provider of Outsourced Customer Contact Solutions

**Our comprehensive suite of Telephone Answering Services includes:**

- Appointment Scheduling
- Appointment Confirmation
- Patient Reminders
- Physician Referral
- Prescription Refill
- Surveys
- Class, Seminar & Event Registration

For additional information on our Medical Inbound Call Center Services, contact Acena today or click here to visit medicall's website.

* **Answering Services**
* **Medical Call Answering**
  - **Messaging Service**
  - **Enhanced Contact Center**
    Appointment Scheduling
    Appointment Confirmation
    Patient Reminders
    Physician Referral
    Prescription Refill
    Surveys
    Class, Seminar & Event Registration
* **Inbound Call Center**
* **Unified Communications**

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.



SITE DESIGNED BY SOLUTIONS MARKETING & DEVELOPMENT

ACENA.COM - Provider of outsourced customer contact solutions (customer service)



Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us

## SERVICES
# Appointment Confirmation

Appointment Scheduling | Appointment Confirmation | Patient Reminders | Physician Referral | Prescription Refill | Surveys | Class, Seminar, and Event Registration Services



Provider of Outsourced Customer Contact Solutions



With patients missing 15% of the 75 weekly scheduled appointments in the average practice - and with "no-show" rates as high as 45%--physicians have a right to be worried. But why burden office staff with costly, time-consuming reminder calls and post-cards, or the off-putting practice of overbooking? One to Two days before a scheduled appointment, medicall's interactive voice response (IVR) technology, email program or a live medicall Agent can transmit simple, brief patient reminders. Practices find out almost immediately who will show up and who won't. The result is fewer no-shows, better relationships with patients, and a more productive office, resulting in higher practice revenues and reimbursement.

Since each situation is unique, we offer different Medical Appointment Confirmation Service variables to address the specific needs of each organization.

For additional information on our Medical Appointment Confirmation Services, contact Acena today or click here to visit medicall's website.

* **Answering Services**
* **Medical Call Answering**
  - **Messaging Service**
  - **Enhanced Contact Center**
    Appointment Scheduling
    Appointment Confirmation
    Patient Reminders
    Physician Referral
    Prescription Refill
    Surveys
    Class, Seminar & Event Registration
* **Inbound Call Center**
* **Unified Communications**

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.



ACENA.COM - Provider of outsourced customer contact solutions (customer service) Page 52 of 60
Case 1:06-cv-05916-SLT-RER Document 1 Filed 11/01/06 Page 52 of 60 PageID #: 52
Page 1 of 1

 Acena Group

Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us

## SERVICES

# Web Based Contact Center

Live Agent Inbound Call Center Services | Web Based Call Center Services



Provider of Outsourced
Customer Contact
Solutions



Customers filling out an online application or using an electronic shopping cart can often experience difficulties and on the Internet, a customer can walk out the door simply by clicking the mouse. Additionally, a growing number of customers prefer to go online when they want customer service, sometimes just to check a bill or monthly statement, but often with more complex questions. In today's business environment where your competition is just a click away, superior customer service is critical to profitability. Customers expect instant, well-informed responses to their questions - no matter how they contact you.

- **Answering Services**
- **Medical Call Answering**
- **Inbound Call Center**
  - **Live Agent Based**
  - **Web Based**
    eChat
    Proactive eRep
    Web Collaboration
    eResponse
- **Unified Communications**

Because a company's web site cannot possibly anticipate and answer all questions, the customer can become frustrated, especially when asked to "call during normal business hours." Our Web Enabled Call Center services provide the personal interaction-based support needed to ensure that your online customers are satisfied. The result: a positive outcome and/or completed transaction instead of a lost sale or disgruntled customer.

For additional information on our Web-Based Contact Center Services, contact Acena today or click here to visit TeamContact's website

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.


SITE DESIGNED BY

 **Acena Group**

Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us

# INDUSTRY FOCUS

Through our 4 operating divisions, Acena delivers state-of-the-art inbound call center, unified communications and telephone answering service solutions uniquely tailored to the specific business practices of a broad range of vertical industries.

Developed in close collaboration with our clients and partners, our Industry Solutions enable organizations to manage and optimize customer relationships across multiple touch points.





Provider of Outsourced Customer Contact Solutions

* **Attorneys**
* **Accountants**
* **Consultants**
* **Cable & Satellite TV**
* **Contractors**
* **Financial Services**
* **Funeral**
* **Insurance Industry**
* **Medical & Healthcare**
* **Non Profit Organizations**
* **Property Management**
* **Real Estate**

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.


SITE DESIGNED BY

Case 1:06-cv-05916-SLT-RER Document 1 Filed 11/01/06 Page 54 of 60 PageID #: 54

 **Acena Group**

**Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us**

## SERVICES

# Patient Reminders

Appointment Scheduling | Appointment Confirmation | Patient Reminders | Physician Referral | Prescription Refill | Surveys | Class, Seminar, and Event Registration Services

Patients appreciate and remember physician practices that make the extra effort to remind them about a scheduled annual physical, vaccination, mammogram, PAP smear, prostate screening exam, or hospital procedure. medi**call** alleviates the time-consuming burden from the physician practice's shoulders by using its IVR technology or e-mail capability to let patients know the basics - who, what, when, where, and how.

Since each situation is unique, we offer different Medical Patient Reminder Service variables to address the specific needs of each organization.

For additional information on our Medical Patient Reminder Services, contact Acena today or click here to visit medi**call's** website



Provider of Outsourced
Customer Contact
Solutions

* **Answering Services**
* **Medical Call Answering**
  - **Messaging Service**
  - **Enhanced Contact Center**
    Appointment Scheduling
    Appointment Confirmation
    Patient Reminders
    Physician Referral
    Prescription Refill
    Surveys
    Class, Seminar & Event Registration
* **Inbound Call Center**
* **Unified Communications**

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.



SITE DESIGNED BY

 **Acena Group**    Home | **Resources** | **Services** | **Industry Focus** | **Clients** | About Us | Contact Us

## SERVICES

# Reservation & Appointment Scheduling

Customer Acquisition | Order Taking | Order Processing | Third-Party Verification | Dealer Locator | Reservation & Appointment Scheduling | Help Desk | Tech Support | Overflow Call Management | Direct Response / Media Support



Provider of Outsourced
Customer Contact
Solutions



This is an available feature for office appointments, service schedules and reservations for various forms of transportation, dinners, seats, concerts, special events, seminars, and much more. Our CSR's can make appointments or take reservations for seminars, training sessions or other functions, to maximize attendance and avoid overbooking. We can also make confirmation calls, send confirmation letters or e-mails, and provide registration packet fulfillment.

This solution allows your customers to make reservations 24 hours a day, 7 days a week, 365 days a year! Serving businesses such as restaurants, transportation services, event management agencies, hotels and many others, this solution allows **Team**Contact's live agents and clients to book reservations from a common database. By using the power of the Internet, our agents and our clients can use the reservation application simultaneously. Our agents and our clients have the ability to view availabilities, make reservations, and cancel reservations. This means **Team**Contact can take reservations for you providing an easy and cost effective solution for you to meet objectives and exceed your customer's expectations.

Since each situation is unique, we offer different Reservation and Appointment Scheduling Service variables to address the specific needs of each organization.

For additional information on our Reservation and Appointment Scheduling Services, contact Acena today or click here to visit Team**C**ontact's website.

* **Answering Services**
* **Medical Call Answering**
* **Inbound Call Center**
  - **Live Agent Based**
    Customer Acquisition
    Order Taking
    Order Processing
    Third Party Verification
    Dealer Locate
    Reservation &
    Appointment Scheduling
    Help Desk
    Tech Support
    Overflow Call
    Management
    Media Support
  - **Web Based**
* **Unified Communications**

---

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.



Case 1:06-cv-05916-SLT-RER   Document 1   Filed 11/01/06   Page 56 of 60 PageID #: 56

 **Acena Group**

**Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us**

# RESOURCES

Welcome to Acena's web resource center. Here you have access to all of our answers to many questions, brochures, support sheets, demos, white papers and more as they pertain to our suite of Call Center Services, Telephone Answering Services, Medical Answering Services and Unified Communication Services. To receive a hard copy of any of these materials by mail, please submit a request via eMail to pr@acena.com.




Provider of Outsourced
Customer Contact
Solutions

**Ask A Question**
**Provide Feedback**
**Request Additional Services**
**Request eBrochures**
**Demos & White Papers**
**Links**

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.


SITE DESIGNED BY

ACENA.COM - Provider of outsourced customer contact solutions (customer service)    Page 1 of 1

 Acena Group

**Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us**

# INDUSTRY FOCUS

## Cable / Satellite TV





Provider of Outsourced
Customer Contact
Solutions

Optimum**Call** understands the importance of the Cable/Satellite TV industry to respond promptly to their customers' calls. In some cases, contracts with their customers require for them to respond in 60 minutes or less.

One missed or inaccurately dispatched call could result in a lost job opportunity or a dissatisfied customer. Our specialized applications coupled with our skilled and dedicated telephone agents provide the support that you need.

Our state of the art systems ensure that each and every call is answered promptly by experienced agents that will capture the information that YOU want, and if warranted, based on your account protocol, dispatched efficiently and received accurately by the appropriate on-call technician or supervisor.

* **Attorneys**
* **Accountants**
* **Consultants**
* **Cable & Satellite TV**
* **Contractors**
* **Financial Services**
* **Funeral**
* **Insurance Industry**
* **Medical & Healthcare**
* **Non Profit Organizations**
* **Property Management**
* **Real Estate**

**Our expertise in applying services germane to the Cable & Satellite TV industry includes:**

* Live Answering Service
* Dispatching Services
* Remote Receptionist Service
* Voice-Mail Services
* Customer Acquisition Services
* Third-Party Verification Services
* Tech Support
* Overflow Call Management
* Direct Response / Media Support

### 1 Week
### Risk Free
### Free Trial

For additional information, contact Acena today.

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.


SITE DESIGNED BY



**Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us**



# INDUSTRY FOCUS
## Financial Services

In all industries, the need to acquire and retain valuable customers has intensified—and the financial services market is no exception. Globalization, consolidation and increasingly complex service offerings make customer management programs more important than ever before.



Provider of Outsourced
Customer Contact
Solutions

Worldwide, cost-saving initiatives and the hoped-for efficiencies of mergers and acquisitions have revealed many new customer-facing opportunities for banks, brokerage firms, insurance companies and real estate organizations. Today, TeamContact helps companies achieve even greater efficiencies by maintaining consistent service across disparate internal entities. This consistency enables customers to transition easily to new brands and new product offerings without experiencing any of the doubt or hesitancy that often accompanies new providers.

* **Attorneys**
* **Accountants**
* **Consultants**
* **Cable & Satellite TV**
* **Contractors**
* **Financial Services**
* **Funeral**
* **Insurance Industry**
* **Medical & Healthcare**
* **Non Profit Organizations**
* **Property Management**
* **Real Estate**

In fact, consistency across the entire customer management program helps TeamContact clients retain and grow their customers even in this fiercely competitive global environment. TeamContact's professional, licensed customer service representatives (CSRs) sell health, life, and property and casualty insurance; support sales and marketing efforts for leading credit card companies; perform online banking services; manage brokerage customers; and offer customer management in all aspects of general traditional banking, including account generation and maintenance.

The Financial Services Industry demands the utmost accountability. As a service business, we continually look forward to each growing opportunity to prove we stand shoulder to shoulder with the best performing businesses. In so doing, we strive daily to outperform our most recent accomplishment, to keep raising the bar. Bring us your greatest challenge. We know we've achieved our goal when we achieve yours.

Over the years, we've improved our own personal-best time and time again. Many of the programs we've engaged on behalf of our Financial Services clients include awareness and sales generation campaigns. Our depth in professional services includes experience in:

**Banking Products – supplementing a current account or establishing a new banking relationship**

* Home Equity Lines of Credit
* Debt Consolidation Loans
* New Account Acquisition for Money Markets, Certificates of Deposit
* Credit Card Account Acquisition, Renewals and Activations
* New Business or Roll-over Lease or Lending Applications

**Investment Products – generating new account relationships and expanding existing client portfolios**

* Financial Planning Seminars
* Educational Programs

 **Acena Group**       **Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us**

# INDUSTRY FOCUS
## Property Management

Optimum**Call** understands the importance of Property Managers to respond quickly to tenant calls.



Our property management applications coupled with our skilled and dedicated telephone agents provide the support that you need, whether you manage 1 single property or 5000, our state of the art systems ensure that each and every call is answered promptly by experienced agents that will capture the information that YOU want, and if warranted, based on your account protocol, dispatched efficiently and received accurately by the appropriate super or building manager.

In this day of litigation and tenant rights it is extremely important that your answering service has the tools and systems in place to professionally represent your business, as well as help protect it.

**Our expertise in applying services germane to the Property Management industry includes:**

- Live Answering Service
- Dispatching Services
- Remote Receptionist Service
- Voice-Mail Services

For additional information, contact Acena today.

Provider of Outsourced
Customer Contact
Solutions

- Attorneys
- Accountants
- Consultants
- Cable & Satellite TV
- Contractors
- Financial Services
- Funeral
- Insurance Industry
- Medical & Healthcare
- Non Profit Organizations
- Property Management
- Real Estate

### 1 Week
### Risk Free
### Free Trial

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling | Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.



ACENA.COM - Provider of outsourced customer contact solutions (customer service)                    Page 1 of 1

 **Acena Group**        Home | Resources | Services | Industry Focus | Clients | About Us | Contact Us

## SERVICES
# Live Telephone & Answering Service

Medical Answering Service | Overflow Receptionist Service | Voice-Mail Service | Auto
Attendant Screening



Day or night, when your patients and associates call it is essential
that the person they speak with conveys the feeling that their
needs are being addressed by a knowledgeable, concerned
member of your staff. Utilizing the most advanced computer-
based applications in the industry, professional secretaries who
represent your organization as if they worked in your office
answer every call promptly, in your personalized answer phrase
and are ready to address most issues immediately.



Provider of Outsourced
Customer Contact
Solutions

* **Answering Services**
* **Medical Call Answering**
  - **Messaging Service**
    Live Call Answering
    Overflow Receptionist
    Front End Voice Mail
    Auto Attendant
    Screening
  - **Enhanced Contact
    Center**
* **Inbound Call Center**
* **Unified Communications**

Since each situation is unique, we offer different Medical Live Answering Service variables
to address the specific needs of each organization.

For additional information on our Medical Live Answering Services, contact Acena today or
click here to visit medicall's website.

Telephone Answering Service | Inbound Call Center Service | Medical Answering Service | Medical Inbound Call Center Service
Business Answering Service | Call Center Service | Call Center Outsourcing | Order Taking | Customer Acquisition | Remote Receptionist Appointment Scheduling |
Medical Appointment Scheduling | Medical Appointment Confirmation | Dealer Locator
Physician Locator | Voice Mail Services | Help Desk Services | Tech Support Outsourcing | Direct Response / Media Support

Copyright © 2004-2005 Acena Group, Inc. All rights reserved.

